FILED

10/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0472

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 22-0472

CASSANDRA A. LARUE,

      Petitioner,

  v.

JENNIE HANSEN, Warden,

      Respondent.

## ORDER

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including November 6, 2022, within which to prepare, serve, and file the State's response.

**CH**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 3 2022